1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3813
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584

5  Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
   CORPORATION, as RECEIVER for INDYMAC FEDERAL
6  BANK, FSB

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| PETER SCHWARTZ and JULIE RATHBONE,<br><br>         Plaintiffs,<br><br>    v.<br><br>INDYMAC FEDERAL BANK; FIRST MAGNUS FINANCIAL CORPORATION; QUALITY LOAN SERVICE CORPORATION; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F1 UNDER THE POOLING AND SERVICING AGREEMENT DATED MAY 1, 2007 BY ONEWEST BANK FSB AS ATTORNEY IN FACT; CHARTER FUNDING; JAMES SHERGILL; and DOES 1-20 inclusive,<br><br>         Defendants. | CASE NO.   2:10-cv-00516-WBS-JFM<br><br>**SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB; ORDER**<br><br>**CTRM:**   5, 14TH FLOOR<br>**JUDGE:**   HON. WILLIAM B. SHUBB |

The Federal Deposit Insurance Corporation, as Receiver for IndyMac Federal Bank ("FDIC as Receiver"), states as follows:

    1.    On or about July 25, 2008, the Office of the Comptroller of the Currency closed IndyMac Federal Bank, and the Federal Deposit Insurance Corporation (FDIC) was named receiver. The FDIC as Receiver accepted the appointment that same day.

2. As a result of this appointment, the FDIC has succeeded to "all rights, titles, powers, and privileges" of the failed institution and may "take over the assets of and operate" the failed institution with all the powers thereof.  12 U.S.C. §§1821(d)(2)(A)(i) and 1821(d)(2)(B)(i).  This includes the resolution of outstanding claims against the institution in receivership.  12 U.S.C. §1821(d)(3).  Accordingly, the FDIC as Receiver is the party against which the claims sought by the plaintiffs Peter Schwartz and Julie Rathbone must be asserted.

3. Because the FDIC as Receiver is the proper defendant with regard to the plaintiffs' claims, the FDIC as Receiver should be substituted into this action in place of defendant IndyMac Federal Bank.

4. The Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA")  provides, in pertinent part:  "After appointment of a . . . receiver for an insured depository institution, the . . . receiver may request a stay for a period not to exceed – * * * (ii) 90 days, in the case of any receiver, * * * in any judicial action or proceeding to which such institution is or becomes a party."  12 U.S.C. §1821(d)(12)(A).  This 90-day stay is mandatory:  "Upon receipt of a request by any …receiver pursuant to [12 U.S.C. §1821(d)(12)(A)] for a stay of any judicial action or proceeding in any court with jurisdiction of such action or proceeding, ***the Court shall grant such stay as to all parties***."  12 U.S.C. §1821(d)(12)(B) (italics added).

5. Thus, upon entry of an order substituting in the FDIC as Receiver for the current defendant, IndyMac Federal Bank, this matter should be stayed for 90 days.

DATED:  March 25, 2010
JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN
CHRISTOPHER H. DOYLE


By: /s/ Michael J. Hassen
MICHAEL J. HASSEN
Attorneys for Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB

**ORDER**

Based on the foregoing Substitution, plaintiffs having no opposition, and good cause appearing, it is hereby ORDERED:

(1) that the Federal Deposit Insurance Corporation, as Receiver for Indymac Federal Bank ("FDIC as Receiver"), is substituted in for named defendant Indymac Federal Bank, and

(2) that all proceedings in this matter are stayed for ninety (90) days, up to and including June 23, 2010.

IT IS SO ORDERED.

Dated: March 31, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE