1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8                              ----oo0oo----

9

10   PETER SCHWARTZ and JULIE              NO. CIV. 2:10-0516 WBS JFM
     RATHBONE,
11                                         ORDER
              Plaintiffs,
12
         v.
13
     INDYMAC FEDERAL BANK, et al.,
14
              Defendants.
15   _____/

16                             ----oo0oo----

17          The court will accept Ms. Lapin's explanation for her

18   failure to comply with Local Rule 230(c) in this action, and

19   accordingly will not impose sanctions pursuant to its Order of

20   December 15, 2010.  In the future, however, counsel should note

21   that it is the responsibility of the attorney substituting out to

22   assure that the order of substitution is filed and approved by

23   the court before she may assume that she has been discharged from

24   her duty of representing her client in the matter.

25          IT IS SO ORDERED.

26   DATED:   December 28, 2010

27                              _____
                                WILLIAM B. SHUBB
28                              UNITED STATES DISTRICT JUDGE